# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00040-CR

**Stephen Shepard Clifford, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 51ST DISTRICT COURT OF STERLING COUNTY
### NO. 982, THE HONORABLE CARMEN DUSEK, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due June 24, 2021. On counsel's motions, the time for filing was extended to October 11, 2021. On November 9, 2021, this Court sent a notice to appellant informing him that his brief was overdue and requesting a response by November 19, 2021. On November 19, 2021, appellant's counsel filed a fourth motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than December 20, 2021. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 38.8(b).

It is ordered on December 3, 2021.

Before Justices Goodwin, Baker, and Smith

Do Not Publish